1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO, CALIFORNIA

| | |
|---|---|
| BRITTANY ALEXIS CRIBBET | ) 1: 12-cv-01142-_ _ - BAM |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) ORDER GRANTING APPLICATION |
| v. | ) TO PROCEED IN FORMA PAUPERIS |
| | ) |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

18     On July 11, 2012, plaintiff Brittany Alexis Cribbet ("Plaintiff") filed an application to

19 proceed in forma pauperis.  (Doc. 2.)  Having reviewed the in forma pauperis application, this

20 court GRANTS Plaintiff's application.

21     IT IS SO ORDERED.

22 **Dated:**   __July 13, 2012__          ___/s/ **Barbara A. McAuliffe**___
23                          UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28

1