# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO, CALIFORNIA

| | | |
|---|---|---|
| BRITTANY ALEXIS CRIBBET | ) | 1: 12-cv-01142-_ _ - BAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING APPLICATION |
| v. | ) | TO PROCEED IN FORMA PAUPERIS |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

On July 11, 2012, plaintiff Brittany Alexis Cribbet ("Plaintiff") filed an application to proceed in forma pauperis. (Doc. 2.) Having reviewed the in forma pauperis application, this court GRANTS Plaintiff's application.

IT IS SO ORDERED.

Dated: __July 13, 2012__    _____/s/ Barbara A. McAuliffe_____
                                                   UNITED STATES MAGISTRATE JUDGE

1